FILED

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2018 JUN 25  PM 2: 58

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Marc Beaumont
    Plaintiff,

Case No. 6: 18-cv-1007-ORC-37-KRS

v.

OCWEN LOAN SERVICING, LLC.
    Defendant.

## VERFIED COMPLAINT FOR VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT 47 U.S.C. § 227 *et seq.*

### JURY TRIAL DEMANDED

I, Marc Beaumont, one of the people of Florida, and in this Court of record, hereby sues Defendant, OCWEN LOAN SERVICING, LLC. and for his complaint does allege.

### PRELIMINARY STATEMENT

1.  This is an action for damages brought by an individual consumer for Defendant's violations of the Telephone Consumer Protection Act (TCPA), 47 U.S.C. § 227(b)(3), 47 U.S.C. § 227(b)(1)(A)(iii) and 47 U.S.C. § 227(b)(2)(5).

2.  Upon belief and information, Plaintiff contends that many of these practices are widespread by the Defendant. Plaintiff intends to propound discovery to Defendant identifying these other individuals who have suffered similar violations.

3.  Plaintiff contends that the Defendant has violated such laws by knowingly, willfully and repeatedly harassing Plaintiff in an attempt to collect an alleged nonexistent debt and knowingly making false assertions of ownership in relation to the alleged debt.

4.  Plaintiff has knowledge of the alleged loan they are attempting to collect on was rescinded in early 2007 within the 3 years the TILA (ACT) allows under § 1635 *et seq.,* voiding the

instruments associated with the alleged debt. Plaintiff could have, but did not

challenge the rescission, therefore rescission stands as a matter of law. **Rescission is a fact not a claim.**

## JURISDICTION AND VENUE

5. Jurisdiction of this court arises under 47 U.S.C. § 227(b)(3), and 28 U.S.C. § 1331.

6. All conditions precedent to bringing this action have been performed.

7. Venue is proper pursuant to 28 U.S.C. § 1391b. Venue in this District is proper in that the Plaintiff is domiciled in Volusia County, Florida and the conduct complained of occurred here, and the Defendant transacts business here.

8. Venue is proper in the United States District Court, Middle District of Florida.

9. This is an action for damages which exceed $ 75,000.00.

## PARTIES

10. Plaintiff, Marc Beaumont (Plaintiff), is a natural person domiciled in the State of Florida.

11. Defendant, OCWEN LOAN SERVICING, LLC. (Ocwen), a debt collector, which upon information and belief is a Delaware Corporation, appearing to be authorized to do business in the State of Florida with offices located at 1661 Worthington Road, Suite 100, West Palm Beach Florida 33409.

## FACTUAL ALLEGATIONS

12. The instant lawsuit stems from the telephonic collection efforts of Defendant with respect to Plaintiff's residential mortgage, which according to Defendant, was allegedly in arrears.

13. On or about November 20, 2013 Ocwen made the first of 106 calls to Plaintiff's wireless Phone number 386-846-0249 from phone number 800-746-2936.

14. Ocwen made **at least 106 individual calls** to Plaintiff's wireless phone beginning

November 20, 2013 and continuing through November 19, 2015 using ATDS capable

equipment which Ocwen names "ASPECT Automatic Telephone Dialing System" on

its internet web sites. They do use other which Plaintiff will propound discover on.

15. The calls made to Plaintiff's wireless phone were not for an emergency purpose and were

made without consent to do so, express or otherwise, of the Plaintiff having been given.

16. Ocwen called Plaintiff's wireless phone number 386-846-0249 on the following dates and

time from phone number 800-746-2936. The first 16 calls are outside of the statute of

limitations but were left in the complain to show the notes.

---

1) On November 20, 2013 at 10:22 am from 800-746-2936.

2) On November 20, 2013 at 5:03 pm from 800-746-2936.

3) On November 21, 2013 at 7:14 pm from 800-746-2936. Plaintiff explained that this his

Personal cellular phone and to not call it again.

4) On November 22, 2013 at 7:17 pm from 800-746-2936.

5) On November 23, 2013 at 8:32 am from 800-746-2936.

6) On November 24, 2013 at 8:48 pm from 800-746-2936.

7) On November 26, 2013 at 7:55 pm from 800-746-2936.

8) On November 27, 2013 at 7:47 pm from 800-746-2936.

9) On November 29, 2013 at 2:15 pm from 800-746-2936.

10) On November 29, 2013 at 3:48 pm from 800-746-2936.

11) On December 3, 2013 at 7:50 pm from 800-746-2936. Told caller to stop calling my cell

phone.

12) On December 5, 2013 at 7:38 pm from 800-746-2936. Told caller to stop calling my cell phone.

13) On December 7, 2013 at 4:37 pm from 800-746-2936.

14) On December 10, 2013 at 7:34 pm from 800-746-2936. Told caller to stop calling my cell phone.

15) On December 11, 2013 at 5:29 pm from 800-746-2936.

16) On December 12, 2013 at 5:18 pm from 800-746-2936.

These first 16 calls are outside of the statute of limitation but were left in the complaint for the notes.

17) On June 26, 2014 at 5:57 pm from 800-746-2936.

18) On July 14, 2014 at 4:29 pm from 800-746-2936.

19) On July 17, 2014 at 3:05 pm from 800-746-2936. Told caller to stop calling my cell phone.

20) On July 24, 2014 at 10:30 am from 800-746-2936.

21) On July 24, 2014 at 10:31 am from 800-746-2936. 2 calls within 1 minute.

22) On July 31, 2014 at 12:08 pm from 800-746-2936.

23) On August 5, 2014 at 4:35 pm from 800-746-2936.

24) On August 5, 2014 at 4:35 pm from 800-746-2936. Two calls within same minute.

25) On August 12, 2014 at 4:28 pm from 800-746-2936. Told caller to stop calling my cell phone.

26) On August 12, 2014 at 4:29 pm from 800-746-2936. 2 calls within 1 minute.

27) On August 15, 2014 at 3:47 pm from 800-746-2936. Told caller to stop calling my cell phone.

28) On August 15, 2014 at 3:48 pm from 800-746-2936.

29) On August 22, 2014 at 1:57 pm from 800-746-2936.

30) On August 29, 2014 at 11:54 am from 800-746-2936.

31) On September 4, 2014 at 12:51 pm from 800-746-2936. Told caller to stop calling my cell phone.

32) On September 9, 2014 at 3:01 pm from 800-746-2936.

33) On September 11, 2014 at 4:40 pm from 800-746-2936. Told caller to stop calling my cell phone.

34) On September 15, 2014 at 2:57 pm from 800-746-2936.

35) On September 22, 2014 at 12:53 pm from 800-746-2936.

36) On September 29, 2014 at 12:05 pm from 800-746-2936. Told caller to stop calling my cell phone.

37) On September 29, 2014 at 12:06 pm from 800-746-2936.

38) On October 8, 2014 at 11:33 am from 800-746-2936. Told caller to stop calling my cell phone.

39) On October 9, 2014 at 6:57 pm from 800-746-2936. Told caller to stop calling my cell phone.

40) On October 14, 2014 at 5:50 pm from 800-746-2936.

41) On October 15, 2014 at 6:08 pm from 800-746-2936.

42) On October 15, 2014 at 6:09 pm from 800-746-2936.

43) On October 22, 2014 at 12:58 pm from 800-746-2936. Told caller to stop calling my cell phone.

44) On October 29, 2014 at 11:53 am from 800-746-2936.

45) On November 12, 2014 at 5:40 pm from 800-746-2936. Told caller to stop calling my cell phone.

46) On November 12, 2014 at 5:40 pm from 800-746-2936. Told caller to stop calling my cell phone. 2 calls within same minute.

47) On November 14, 2014 at 1:58 pm from 800-746-2936. Told caller to stop calling my cell phone.

48) On November 14, 2014 at 1:58 pm from 800-746-2936. Told caller to stop calling my cell phone. 2 call within same minute.

49) On November 28, 2014 at 11:45 am from 800-746-2936.

50) On December 2, 2014 at 4:37 pm from 800-746-2936.

51) On December 2, 2014 at 4:37 pm from 800-746-2936. 2 calls within same minute.

52) On December 4, 2014 at 1:19 pm from 800-746-2936.

53) On December 4, 2014 at 1:20 pm from 800-746-2936. 2 calls within 1 minute.

54) On December 8, 2014 at 4:23 pm from 800-746-2936. Told caller to stop calling my cell phone.

55) On December 10, 2014 at 3:16 pm from 800-746-2936. Told caller to stop calling my cell phone.

56) On December 14, 2014 at 3:29 pm from 800-746-2936.

57) On December 17, 2014 at 1:29 pm from 800-746-2936.

58) On December 17, 2014 at 1:30 pm from 800-746-2936. 2 calls within 1 minute.

59) On December 22, 2014 at 4:09 pm from 800-746-2936.

60) On January 5, 2015 at 6:45 pm from 800-746-2936.

61) On January 14, 2015 at 4:29 pm from 800-746-2936

62) On January 14, 2015 at 4:30 pm from 800-746-2936. 2 calls within 1 minute.

63) On January 16, 2015 at 3:07 pm from 800-746-2936

64) On January 16, 2015 at 3:07 pm from 800-746-2936. 2 calls within same minute.

65) On January 22, 2015 at 1:09 pm from 800-746-2936.

66) On January 27, 2015 at 9:22 am from 800-746-2936.

67) On January 29, 2015 at 9:23 am from 800-746-2936.

68) On January 31, 2015 at 4:28 pm from 800-746-2936.

69) On February 4, 2015 at 9:38 am from 800-746-2936.

70) On February 5, 2015 at 2:39 am from 800-746-2936.

71) On February 6, 2015 at 10:07 am from 800-746-2936.

72) On February 9, 2015 at 2:28 pm from 800-746-2936.

73) On February 11, 2015 at 4:35 pm from 800-746-2936.

74) On February 13, 2015 at 1:40 pm from 800-746-2936.

75) On February 13, 2015 at 1:41 pm from 800-746-2936. 2 calls within 1 minute.

76) On February 17, 2015 at 9:10 am from 800-746-2936.

77). On February 17, 2015 at 11:43 am from 800-746-2936

78) On February 19, 2015 at 4:31 pm from 800-746-2936.

79) On February 24, 2015 at 9:07 am from 800-746-2936.

80) On September 7, 2015 at 2:25 pm from 800-746-2936.

81) On September 10, 2015 at 2:34 pm from 800-746-2936. Told caller to stop calling my cell phone.

82) On September 14, 2015 at 12:39 pm from 800-746-2936. Told caller to stop calling my cell phone.

83) On September 15, 2015 at 1:26 pm from 800-746-2936.

84) On September 17, 2015 at 10:55 am from 800-746-2936. Told caller to stop calling my cell phone.

85) On September 22, 2015 at 10:56 am from 800-746-2936.

86) On September 23, 2015 at 3:41 pm from 800-746-2936.

87) On September 24, 2015 at 4:45 pm from 800-746-2936.

88) On October 1, 2015 at 9:40 am from 800-746-2936. Told caller to stop calling my cell phone.

89) On October 7, 2015 at 7:06 pm from 800-746-2936.

90) On October 8, 2015 at 10:48 am from 800-746-2936.

91) On October 12, 2015 at 4:12 pm from 800-746-2936.

92) On October 14, 2015 at 3:08 pm from 800-746-2936.

93) On October 16, 2015 at 2:45 pm from 800-746-2936.

94) On October 19, 2015 at 10:37 am from 800-746-2936.

95) On October 20, 2015 at 4:06 pm from 800-746-2936.

96) On October 21, 2015 at 4:09 pm from 800-746-2936. Told caller to stop calling my cell phone.

97) On October 22, 2015 at 5:18 pm from 800-746-2936.

98) On October 27, 2015 at 10:24 am from 800-746-2936. Told caller to stop calling my cell phone.

99) On October 29, 2015 at 4:07 pm from 800-746-2936.

100) On November 4, 2015 at 3:03 pm from 800-746-2936.

101) On November 10, 2015 at 3:41 pm from 800-746-2936.

102) On November 11, 2015 at 3:19 pm from 800-746-2936.

103) On November 12, 2015 at 2:50 pm from 800-746-2936. Told caller to stop calling my cell
phone.

104) On November 17, 2015 at 3:06 pm from 800-746-2936. Told caller to stop calling my cell
phone.

105) On November 18, 2015 at 3:56 pm from 800-746-2936. Actually spoke with a
representative who came on phone after about a 4 second delay. I asked why there is always
delay, he could not answer me. I heard him tell me that he was calling about my mortgage. I
proceeded to ask him if Ocwen owned the mortgage and he told me yes. I told him that I had
refinanced with Option One Mortgage back in 2007 and hung up. There was only one more call
after that.

106) On November 19, 2015 at 3:24 pm from 800-746-2936. The last call.

_____

17.  On several occasions when Plaintiff would answer no one was there until a few second
delay "dead air" prior to the calling party coming on the line.

18.  Plaintiff at or near the time each of the calls was placed to his wireless phone by the
Defendant, Plaintiff made hand written notes of all call details including but not limited to
the date, time call was placed, whether he answered the call and what was said.

19.  Plaintiff at or near the time each of the calls was placed to his wireless phone by the
Defendant, Plaintiff took a picture of his wireless phones caller ID screen showing the
number the call came from, date and time call was placed.

20.  Upon information and good faith belief, the telephone calls identified above were placed to

Plaintiff's wireless number using an automatic telephone dialing system (ATDS) or capable of using ATDS.

21. Upon information and belief, Defendant placed the calls to the Plaintiff identified above voluntarily.

22. Upon information and belief, Defendant placed the calls to the Plaintiff identified above under its own free will.

23. Upon information and belief, Defendant had knowledge that it was using ATDS equipment or ATDS capable equipment to place each of the telephone calls identified above.

24. Upon information and belief, Defendant intended to use an ATDS or ATDS capable system to place each of the telephone calls identified above.

25. At all times that all of the above identified calls were received on Plaintiff's wireless phone Plaintiff was the wireless subscriber to the called number, was the sole person having custody of said phone and paid for the airtime for the called number and was further damaged by the shortening of the life span of his wireless phone battery and the cost of the extra electricity used to charge his wireless phone and loss of phone memory.

26. Plaintiff sent a Notice of Intent to Sue the Defendant which Defendant received on March 12, 2016 in an effort to mitigate damages and settle all claims prior to litigation. Plaintiff received a call from an Owen attorney but no settlement was reached.

27. Plaintiff's claims herein are brought timely within the four year statute of limitations Under the TCPA except for the first 16 calls.

## COUNT I

## VIOLATIONS OF THE TCPA 47 U.S.C. § 227(B)(1)(A)(iii)

28. Plaintiff repeats and re-alleges each and every allegation stated above.

29. Defendant's aforementioned conduct violated the TCPA, 47 U.S.C. § 227 *et. seq.*

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a) Adjudging that Defendant Ocwen violated the TCPA 47 U.S.C. § 227 *et. seq.*

(b) Awarding Plaintiff statutory damages pursuant to 47 U.S.C. § 227 (b)(3)(B)(C) of

$500.00 for the first call and $1500.00 for each call thereafter made to Plaintiffs

Wireless phone as knowing and/or willful violations.

(c) Awarding Plaintiff any fees and cost incurred in this action including attorney fees.

(d) Awarding Plaintiff any post-judgment interest as may be allowed under the law.

(e) Awarding such other and further relief as the Court may deem just and proper.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully Submitted,

_Marc Beaumont_

Marc Beaumont
1122 Meditation Loop
Port Orange, Florida 32129
386-760-5905

## VERIFICATION BY PLAINTIFF

I Marc Beaumont, presenting the facts stated herein on this 25th day of April,
2018 and certify that the facts are true and correct. I stand by the facts and I am willing to testify
to the facts herein if necessary and that I present this Affidavit under the penalty of perjury.

Subscribed and sworn to, or affirmed before me on this 25th day of April, 2018 by
Marc Beaumont who proved to me on the basis of satisfactory evidence to be the man who
appeared before me.

State of Florida        )
                        ) ss.
County of Volusia       )

_Kimlee Ruffino_____        NOTARY PUBLIC

_Kimlee Ruffino_____        Seal:
Notary printed Name

My commission expires: May 20, 2020        By: _Marc Beaumont____
                                           Marc Beaumont

KIMLEE RUFFINO
Notary Public - State of Florida
Commission # FF 992341
My Comm. Expires May 20, 2020